UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR ROBERT TINGEY,

    Plaintiff,

v.                                             Civil No. 2:10cv11293
                                               HON. PATRICK J. DUGGAN
MICK DEDVUKAJ, individually and in his     MAG. JUDGE DONALD A. SCHEER
official capacity as District Director of United
States Citizenship and Immigration Service -
Detroit District Office; JACK LIN, in his official
capacity as Field Officer Supervisor for
Adjudications of the United States Citizenship and
Immigration Service - Detroit District Office;
THOMAS BROWNRIGG, in his official capacity
as Supervisor of Adjudications of the United States
Citizenship and Immigration Service - Detroit District
Office; PAUL DELAROSA, in his official capacity as
District Adjudications Officer of United States Citizenship
and Immigration Service - Detroit District Office; and
U.S. CITIZENSHIP & IMMIGRATION SERVICE,

    Defendants.
_____/

## **STIPULATED ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff Arthur Robert Tingey and defendants Mick Dedvukaj, *et al.,* by and through their undersigned attorneys, stipulate to entry of an order dismissing the above-captioned case without prejudice and with each party bearing his/her/its own costs and attorney fees.

| | |
|---|---|
| CHARFOOS, GIOVAN, & BIRACH, LLP | BARBARA L. McQUADE<br>United States Attorney |
| *s/Robert M. Birach (with consent)*<br>ROBERT M. BIRACH (P29051)<br>Attorneys for Plaintiff<br>645 Griswold, Suite 1800<br>Detroit, Michigan 48226<br>(313) 964-1234<br>robertbirach@yahoo.com | *s/Derri T. Thomas*<br>DERRI T. THOMAS (P53439)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9153<br>derri.thomas@usdoj.gov |
| Dated: September 16, 2010 | Dated: September 16, 2010 |

**IT IS SO ORDERED.**

                          S/Patrick J. Duggan
                          Patrick J. Duggan
                          United States District Judge

Dated: September 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2010, by electronic and/or ordinary mail.

                          S/Marilyn Orem
                          Case Manager

9